Cabirange Manufacturing Company, appellee, v. Augusta Willard, executrix, appellant.

Action to recover damages for breach of contract to manufacture certain articles for plaintiff. Judgment for plaintiff. Appeal from the Circuit Court of St. Clair county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 25, 1920. *Certiorari* denied by Supreme Court (making opinion final).

Case & Lee, P. C. Otwell and Schaefer & Kruger, for appellant. Barthel, Farmer & Klingel, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.

---

Henry Fitzgerald, appellee, v. W. H. Neville and J. L. Neville, appellants.

Action to recover balance due under building contract. Judgment for plaintiff. Appeal from the Circuit Court of Massac county; the Hon. D. T. Hartwell, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 25, 1920.

W. L. Krone, for appellants. Fred R. Young, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.

---

Ferdinand Brentz, appellee, v. Naum Evangeloff, appellant.

Action to recover damages for alienation of wife's affections. Judgment for plaintiff. Appeal from the City Court of Granite City; the Hon. M. R. Sullivan, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 25, 1920.

Harold J. Bandy, for appellant. Harry Faulkner, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. William Arms, alias Whiskey Bill, plaintiff in error.

Prosecution for selling intoxicating liquor in anti-saloon territory. Judgment of guilty. Error to the County Court of Franklin county; the Hon. Thomas J. Myers, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed March 25, 1920.

R. E. Smith and W. C. Choisser, for plaintiff in error. Roy C. Martin and H. E. Morgan, for defendant in error.

Mr. Justice Eagleton delivered the opinion of the court.

---

Maggie M. Becker, appellee, v. John L. Becker, appellant.

Action of trover and commission. Judgment for plaintiff. Appeal from the Circuit Court of Fayette county; the Hon. C. R. Torrence, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 25, 1920.

Brown & Burnside and Le Forgee, Black & Samuels, for appellant. Albert & Albert, for appellee.

Mr. Justice Eagleton delivered the opinion of the court.